UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                          Case No. 8:09-cr-238-T-24 MAP

SANDRO MANTILLA ALEGRIA

_____/

# ORDER

This cause comes before the Court on Defendant Alegria's Motion for Sentence Reduction Pursuant to Federal Rule of Criminal Procedure 35(b). (Doc. No. 106). The Government opposes the motion. (Doc. No. 108).

Defendant moves the Court to reduce his sentence because he contends that he has provided substantial assistance to the Government. The Government opposes the motion at this time, because the Government believes that, while Defendant has provided information to the Government, his cooperation is not yet complete. Accordingly, the Government contends that Defendant's motion for a sentence reduction is premature. See U.S. v. Gonsalves, 121 F.3d 1416, 1419 (11th Cir. 1997)("'Substantial assistance' generally requires that the defendant's assistance has yielded *results* that are useful to the government, not merely that the defendant expended substantial effort or good faith in *attempting* to assist.").

Rule 35(b) provides that, upon the Government's motion, a court may reduce a defendant's sentence due to his or her substantial assistance to the Government. In this case, the Government has not filed a Rule 35(b) motion, and as such, Defendant is not entitled to a sentence reduction pursuant to Rule 35(b). Furthermore, under the facts of this case, there is no remedy for the Government's failure to file a motion for a sentence reduction based on Defendant's substantial assistance, because there has not been a showing that the Government's decision was motivated by unconstitutional considerations. See Wade v. U.S., 504 U.S. 181, 185-86 (1992).

Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion for a sentence reduction is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of April, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record